(SPACE BELOW FOR FILING STAMP ONLY)

STEPHANIE L. QUINN (SBN 216655)
**MARIEL COVARRUBIAS** (SBN 274784)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: (916) 400-2300
Fax: (916) 400-2311
squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

ARTHUR W. LEACH (PHV)
CL PARKER (PHV)
LAW OFFICE OF ARTHUR W. LEACH
5780 Windward Parkway, Suite 225
Alpharetta, GA 30005
Telephone: (404) 786-6443
art@arthurwleach.com
cl@clparkerllc.com

Attorneys for Plaintiff/Counter-Defendant
GASPARI NUTRITION, INC.

SCOTT E. RAHN (SBN 222528)
**STEFAN O'GRADY** (SBN 224615)
**RAHN MUNTZ O'GRADY, LLP**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 461-0753
Facsimile: (310) 979-8701
rahns@rmolawyers.com
ogrady@rmolawyers.com

Attorneys for Defendant/Counter-Claimant
ASHLEY KALTWASSER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GASPARI NUTRITION, INC.,

Plaintiff,

v.

ASHLEY KALTWASSER, an Individual; et al.,

Defendants.

Case No. 16-5522 JFW (GJSx)

**JOINT STATEMENT OF PARTIES REGARDING 7-3 CONFERENCE**

**Honorable John F. Walter**



MURPHY, CAMPBELL, ALLISTON & QUINN

AND RELATED COUNTER ACTION.

COMES NOW, Plaintiff and Counter-Defendant, Gaspari Nutrition, Inc. ("Gaspari"), and Defendant and Counter-Claimant Ashley Kaltwasser ("Kaltwasser"), collectively "the Parties," by and through their counsel of record, hereby submit their Joint statement of the Parties regarding their 7-3 Conference pursuant to Local Rule 7-3 and Standing Order Section 5(b) as follows:

The Parties met and conferred on February 13, 2017 via telephonic conference, wherein Gaspari asserted its continued belief that the second amended counterclaim filed by Kaltwasser on February 6, 2017, does not cure the claimed deficiencies which Gaspari believe were present in Kaltwasser's amended counterclaim. In preparation of the aforementioned conference, counsel for Gaspari and Kaltwasser exchanged correspondence wherein each set forth their respective positions regarding the validity of Kaltwasser's second amended counterclaim.

Gaspari's counsel Mariel Covarrubias and national counsel CL Parker (admitted Pro Hac Vice), and Stefan O'Grady, counsel for Kaltwasser participated in the Februarys 13, 2017 telephonic conference, which conference lasted approximately 15 minutes. During the telephonic conference, Gaspari reiterated what it believes to be the deficiencies in Kaltwasser's second amended counterclaim, and Mr. O'Grady countered, setting forth the reasons why he believes Kaltwasser's second amended counterclaim satisfactorily pleads a valid cause of action for breach of contract.

Despite repeated good faith efforts to resolve all disputes regarding



MURPHY, CAMPBELL, ALLISTON & QUINN

Kaltwasser's second amended counterclaim, the parties mutually agree that they fundamentally are at an impasse and no further amendments were proposed.

DATED: February 13, 2017

MURPHY, CAMPBELL, ALLISTON & QUINN

By: /s/ MARIEL COVARRUBIAS
STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIAS (SBN 274784)
Attorneys for Plaintiff and Counter-Defendant GASPARI NUTRITION, INC.

RAHN MUNTZ O'GRADY, LLP

By: /s/ STEFAN O'GRADY
SCOTT E. RAHN (SBN 222528)
STEFAN O'GRADY (SBN 224615)
Attorney for Defendant and Counter-Claimant ASHLEY KALTWASSER

MURPHY, CAMPBELL, ALLISTON & QUINN

MURPHY, CAMPBELL, ALLISTON & QUINN

Gaspari Nutrition, Inc. v. Kaltwasser, et al.
File No. 16-5522

**CERTIFICATION OF ELECTRONIC SERVICE**

I hereby certify that on February 13, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATEMENT OF PARTIES REGARDING 7-3 CONFERENCE.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 13, 2017, at Sacramento, California.



SUSAN DARMS