STEPHANIE L. QUINN (SBN 216655)
MARIEL COVARRUBIS (SBN 274784)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
squinn@murphycampbell.com
mcovarrubias@murphycampbell.com

ARTHUR W. LEACH (PHV)
CL PARKER (PHV)
LAW OFFICE OF ARTHUR W. LEACH
5780 Windward Parkway, Suite 225
Alpharetta, GA 30005
Telephone: (404) 786-6443
art@arthurwleach.com

Attorneys for Plaintiff/Counter-Defendant
GASPARI NUTRITION, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASPARI NUTRITION, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> ASHLEY KALTWASSER, an Individual; EHPLABS, LLC, a Delaware Limited Liability Company; and IZHAR BASHA, an Individual, <br><br>  Defendants. | Case No. 16-5522 JFW (GJSx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION** <br><br> **Honorable John F. Walter** |
| ASHLEY KALTWASSER, an individual, <br><br>  Counter-Claimant, <br><br>  v. <br><br> GASPARI NUTRITION, INC., a Georgia Corporation; and ROES 1 – 10, inclusive, <br><br>  Counter-Defendants. | |

- 1 -

Pursuant to Stipulation of Counsel and good cause being shown,

IT IS HEREBY ORDERED that this case, including the Complaint of GASPARI NUTRITION, INC. and Second Amended Counterclaim of ASHLEY KALTWASSER, are hereby dismissed, with prejudice pursuant to FRCP 41(a)(1)(A)(ii), each side is to bear its own costs and attorneys' fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: September 1, 2017

_____
JOHN F. WALTER
Judge of the U. S. District Court
Central District of California